United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SANCHEZ, | No. C 14-03726 EJD (PR) |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |
| v. | |
| F. FOULK, WARDEN | |
| Respondent. | |

    On August 18, 2014, Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner also filed an application to proceed in forma pauperis ("IFP"). (Docket No. 3.)  On the same day, the Clerk sent Petitioner a notice that his IFP application was insufficient because he failed to attach the necessary supporting documentation: (1) a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official; and (2) a copy of his prisoner trust account statement showing transactions for the last six months.  (Docket No. 5.)  Petitioner was directed to file a response within twenty-eight days of the notice to avoid dismissal of the action.  (Id.)

    Petitioner has filed copies of his requests to the prison trust office to obtain the required documents.  (Docket Nos. 6 and 7).  However, nothing further has been

received by the Court with respect to Petitioner's IFP application.

In the interest of justice, Petitioner is granted an extension of time to file a complete IFP application. **No later than twenty-eight (28) days** from the date this order is filed, Petitioner shall file the supporting documents discussed above. In the alternative, Petitioner may file the $5.00 filing fee in the same time provided.

**Failure to file a timely response in accordance with this order by filing a complete IFP application or paying the filing fee in the time provided will result in the dismissal of this action without further notice to Petitioner.**

DATED: 9/23/2014

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JORGE L. SANCHEZ,

        Petitioner,

  v.

F. FOULK,

        Respondent.
                                        /

Case Number: CV14-03726 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   9/24/2014  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jorge Sanchez AK1353
High Desert State Prison
P. O . Box 3030
Susanville, CA 96127

Dated:   9/24/2014

                                   Richard W. Wieking, Clerk
                             /s/ By: Elizabeth Garcia, Deputy Clerk